UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD M. THOMAS, | No. 2:12-cv-2412 JFM P |
| Plaintiff, | |
| v. | ORDER |
| G. SWARTHOUT, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party who has appeared in this action to date, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). On May 28, 2013, plaintiff filed a motion for reconsideration of that portion of this court's May 7, 2013 order (ECF No. 14) that found that plaintiff had failed to state a cognizable claim for relief in his amended complaint against Dr. Win.[1] Plaintiff has not shown grounds that require reconsideration of that order or that would support service on Dr. Win in this action. See Local Rule 230(j).

/////

/////

---

[1] This individual is identified as Dr. Wynn in the court's May 7, 2013 order.

1

1    Therefore, IT IS HEREBY ORDERED that plaintiff's May 28, 2013 motion for
2 reconsideration (ECF No. 17) is denied.
3 Dated: June 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

12
thom2412.850