# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD M. THOMAS, | No. 2:12-cv-2412-EFB P |
| Plaintiff, | |
| v. | ORDER |
| G. SWARTHOUT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion to compel further responses to three of his requests for written discovery. ECF No. 74. Defendants oppose the motion. ECF No. 79. As discussed below, plaintiff's motion is denied.

**I.    Request for Admission No. 9**

The court granted plaintiff's prior motion to compel a response to Request for Admissions No. 9, which asked defendant Austin to "[a]dmit that the taking of an inmates weight during dental triage is not part of dental procedures." *See* ECF No. 71. The court directed defendant Austin to respond, but cautioned that if answering would require her to speculate, she may so state in her response. *Id.* Plaintiff takes issues with defendant Austin's supplemental response, which states that she cannot speculate as to whether the taking of an inmate's weight during dental triage is or is not part of dental procedures. As this response is consistent with the court's directive, plaintiff's motion to compel a further response is denied.

## II.     Request for Production No. 5

The court granted plaintiff's prior motion to compel a response to Request for Production No. 5. RFP No. 5 sought documents that contain plaintiff's request (or CDCR form 7362) for a Boost liquid nutritional drink. *See* ECF No. 71 at 4. Defendants' supplemental response states that "Plaintiff did not submit a CDC 7362 requesting Boost liquid nutritional drink, and accordingly, Defendants Austin and Hickerson are informed and believe that no documents responsive to this request exist." ECF No. 74 at 19. Plaintiff fails to demonstrate that this response is deficient. Therefore, his motion to compel is denied as to this request.

To the extent plaintiff requests permission to request additional discovery in light of defendants' response, his request is denied for lack of good cause, as plaintiff could have reasonably anticipated that there would be no documents responsive to his request.

## III.    Interrogatory No. 9

Interrogatory No. 9 asked if there is any policy or other directive to dentists, to require them to have inmates seek liquid nutritional supplement prescription renewals from their primary care physician. Defendant Austin previously provided a response to this interrogatory that led plaintiff to believe that "a documented policy exists." *See* ECF No. 71 at 4. In its order on plaintiff's prior motion to compel, the court construed the interrogatory as a request for production of documents, and ordered defendant Austin to respond accordingly. ECF No. 71 at 4. Austin has since produced the documents. Plaintiff now objects to Austin's production, asserting that none of the documents produced "answer the question plaintiff put forth." ECF No. 74 at 5. As noted, however, Austin previously provided a response to the question posed by plaintiff in responding to his interrogatory. Austin's answer to the interrogatory disclosed the existence of documents which have now been produced. Accordingly, plaintiff's motion to compel is denied as to this request.

/////

/////

/////

/////

**IV.     Order**

Accordingly, it is HEREBY ORDERED that plaintiff's motion to compel (ECF No. 74) is denied.

DATED: February 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3