UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD M. THOMAS, | No. 2:12-cv-2412-MCE-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| G. SWARTHOUT, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 5, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 87. Defendants have filed objections to the findings and recommendations and plaintiff has filed a response thereto. ECF Nos. 88, 89.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2016 (ECF No. 87), are ADOPTED IN FULL; and

2. Defendants' Motions for Summary Judgment (ECF Nos. 30, 69) are DENIED as to the damages claims brought against defendants Cheung and Hu in their individual capacities, DENIED as to the claim for prospective injunctive relief brought against defendant Swarthout in his official capacity, and GRANTED in all other respects.

IT IS SO ORDERED.

**Dated:  July 12, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE