1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LLOYD M. THOMAS,                          No. 2:12-cv-2412-MCE-EFB P

12                  Plaintiff,

13        v.                                   ORDER APPOINTING LIMITED
                                               PURPOSE COUNSEL FOR PURPOSES
14   G. SWARTHOUT, ET AL.,                     OF SETTLEMENT

15                  Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under

18   42 U.S.C. § 1983.  The Court found that Plaintiff meets the "exceptional circumstances"

19   standard for the appointment of counsel for indigent civil litigants and referred the case

20   to the Court's Pro Bono Program Director to locate an attorney willing to accept the

21   appointment.  ECF No. 92.  Michael E. Vinding has been selected from the Court's Pro

22   Bono Attorney Panel to represent plaintiff and has agreed to be appointed for the limited

23   purpose of assisting plaintiff with preparing for and participating in a settlement

24   conference.

25        Accordingly, IT IS HEREBY ORDERED that:

26   1. Michael E. Vinding is appointed as limited purpose counsel in the above entitled

27        matter.  This appointment is for the limited purpose of assisting Plaintiff with

28        preparing for and participating in a settlement conference.

                                              1

1

2   2.  Michael E. Vinding's appointment will terminate fifteen days after completion of

3       the settlement conference, or any continuation of the settlement conference.

4       Prior to the termination of the appointment, the court will afford counsel the option

5       of discontinuing his representation of plaintiff or, at his discretion, proceeding as

6       plaintiff's appointed counsel for trial.  If counsel does not wish to continue

7       representation of plaintiff after he has carried out his limited purpose, the Court's

8       order appointing counsel will remain in effect and the case will be re-referred to

9       the Court's Alternative Dispute Resolution and Pro Bono Program Director to

10      locate new counsel.

11  3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

12      spark@caed.uscourts.gov if he has any questions related to the appointment.

13  4.  The Clerk of the Court is directed to serve a copy of this order upon Michael E.

14      Vinding, Brady & Vinding, 400 Capitol Mall, Suite 2640, Sacramento, California

15      95814.

16      IT IS SO ORDERED.

17  Dated:  August 12, 2016

18

19                                                      MORRISON C. ENGLAND, JR.
20                                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28