UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MICHAEL THOMAS, | No. 2:12-cv-02412-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| G. SWARTHOUT, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's counsel's request for reimbursement of costs associated with counsel's travel to and from California Men's Colony prison in San Luis Obispo, California. The undersigned appointed counsel on August 12, 2016 to represent Plaintiff "for the limited purpose of assisting said plaintiff with the preparation for and participation in a Settlement Conference." ECF No. 95. As provided in counsel's request, counsel met with Plaintiff in person "in order to understand his claims and build credibility." A settlement conference was held on February 21, 2017 at which a settlement was reached; the case was voluntarily dismissed shortly thereafter. ECF Nos. 100–102.

The Court hereby APPROVES the expenditure associated with counsel's travel up to the GSA locality rate, as follows:

///

- Mileage: $316.72 (592 miles x $0.535 per mile)
- Food: $48.00
- Lodging: $132.43 (base rate $117.00, plus $15.43 taxes)

Counsel shall be reimbursed a total of $497.15 for expenses incurred in connection with his travel to confer with his client.

IT IS SO ORDERED.

Dated: May 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE